No. 75–6703. REESE v. UNITED STATES PAROLE COMMISSION ET AL. C. A. 9th Cir. Certiorari denied. 

No. 75–6872. GONZALES v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 76–73. YOUNG ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 76–100. SOUTHERN RAILWAY Co. v. OCCUPATIONAL SAFETY AND HEALTH REVIEW COMMISSION ET AL. C. A. 4th Cir. Certiorari denied. 

No. 76–152. IN RE CONNORS. Sup. Ct. Fla. Certiorari denied. 

No. 76–164. CAMPOS v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Certiorari denied.

No. 76–179. MARKERT v. UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 76–206. CONLEY v. SAWYER. C. A. 4th Cir. Certiorari denied. 

No. 76–235. WRIGHT, DIRECTOR, DEPARTMENT OF TRANSPORTATION OF HAWAII v. STOP H–3 ASSN. ET AL. C. A. 9th Cir. Certiorari denied. 

No. 76–292. ASHLEY ET AL. v. SAN ANTONIO TELEPHONE Co., INC., ET AL. C. A. 5th Cir. Certiorari denied. 

No. 76–306. MITCHELL v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 2d Cir. Certiorari denied. 

No. 76–310. PACIFIC GAS TRANSMISSION Co. ET AL. v. FEDERAL POWER COMMISSION. C. A. D. C. Cir. Certiorari denied.